174 So.2d 133

**Johnny H. ROGERS**

v.

**The AETNA CASUALTY AND SURETY COMPANY et al.**

**No. 47747.**

May 3, 1965.

In re: The Aetna Casualty and Surety Company and Charles D. Ward applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 173 So.2d 231.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

174 So.2d 133

**The JOINT LEGISLATIVE COMMITTEE, ETC.**

v.

**Hon. L. O. FUSELIER, District Attorney, 13th Judicial District, Parish of Evangeline, State of Louisiana.**

**No. 47749.**

May 3, 1965.

In re: L. O. Fusilier, District Attorney, 13th Judicial District, Parish of Evangeline, State of Louisiana, applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made in this case does not warrant the exercise of our supervisory jurisdiction. Relator has an adequate remedy under Article 7, Section 11 of the Louisiana Constitution, LSA.

174 So.2d 133

**ASP, INCORPORATED, et al.**

v.

**CAPITAL BANK & TRUST COMPANY et al.**

**No. 47750.**

May 3, 1965.

In re: Asp, Incorporated, et al., applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made in this case does not warrant the exercise of our supervisory jurisdiction. Relator has an adequate remedy under Article 7, Section 11 of Louisiana Constitution, LSA.